# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00671-CV

**Ciro Rivera, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT NO. 06-FL-118, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Ciro Rivera filed his notice of appeal on October 30, 2008.  On November 25, 2005, the Clerk of this Court sent notice to appellant that the clerk's record was overdue and that this appeal would be dismissed for want of prosecution if he did not submit a response to this Court's notice on or before December 5, 2008.  To date, appellant has not responded to this Court's notice.  Accordingly, we dismiss the appeal for want of prosecution.  Tex. R. App. P. 37.3(b).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Prosecution

Filed:   January 9, 2009